UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
*WINNER MENDOZA*, *individually*
*and on behalf of others similarly situated*,

               *Plaintiff*,

vs.

*A PRIDE OF STEEL CORP., a New York Corporation, and ZOLLY SILVER, an individual*,

               *Defendants*.
---------------------------------------------------------X

Case No. 23-CV-06359-BMC

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiff *WINNER MENDOZA*, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendant *A PRIDE OF STEEL CORP., a New York Corporation, and ZOLLY SILVER, an individual*, dated April  18 , 2024, which is attached hereto as Exhibit "A."

DATED this  19th  day of **April,** 2024.

               Respectfully Submitted,

               **Bashian & Papantoniou, P.C.**

               By: _____
               ERIK M. BASHIAN, ESQ.
               1225 Franklin Avenue, Suite 325
               Garden City, NY 11530
               Tel: (516) 279-1554
               eb@bashpaplaw.com

**Law Offices of Nolan Klein, P.A.**

By: _____
NOLAN KLEIN, ESQ.
1213 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel:     (954) 745-0588
klein@nklegal.com

*Attorneys for Plaintiff*