UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

*WINNER MENDOZA*, *individually*
*and on behalf of others similarly situated*,

      *Plaintiff*,

vs.

*A PRIDE OF STEEL CORP., a New York*
*Corporation, and ZOLLY SILVER, an individual,*,

      *Defendants.*

---------------------------------------------------------X

Case No. 23-CV-06359-BMC

**JUDGMENT**

  WHEREAS, on or about April ___, 2024, Defendants *A PRIDE OF STEEL CORP., a New York Corporation, and ZOLLY SILVER, an individual* extended to Plaintiff, *WINNER MENDOZA*, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of Twenty Five Thousand Dollars and Zero Cents ($25,000.00); *WINNER MENDOZA* accepted that offer, and the Parties filed the offer, and their acceptance thereof, with this Court;

  NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, *WINNER MENDOZA* have judgment against Defendants, in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), inclusive of all legal fees, interest, and costs.

  The Clerk of Court is directed to administratively close this case.

DATED: April 22, 2024.        BRENNA B. MAHONEY
                CLERK OF COURT

              BY: _/s/ Jalitza Poveda_____
                   Deputy Clerk